**Order entered June 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00689-CV

### IN RE GOLDEN PEANUT COMPANY, LLC
### D/B/A GOLDEN PEANUT AND TREE NUTS, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13535**

## ORDER
Before Justices Lang, Myers, and Whitehill

Before the Court is relator's June 13, 2018 petition for writ of mandamus. We request the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by July 12, 2018**.

/s/     LANA MYERS
        JUSTICE